FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2020

No. 04-20-00367-CV

**IN THE INTEREST OF G.E.T., A CHILD**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00671
Honorable Laura Salinas, Judge Presiding

# O R D E R

On August 11, 2020, the court reporter filed a notification of late record stating the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant was not entitled to appeal without paying the fee. On August 25, 2020, appellant notified the court that the court reporter's fee had been paid, and the court reporter filed the record on August 25, 2020. Because the appellate record is now complete, we **ORDER** appellant to file his brief by September 14, 2020. *See* TEX. R. APP. P. 38.6(a)(2).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court